Order issued November 28 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00682-CR

**FRANK VASQUEZ, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-33493-Y**

## ORDER
Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** the March 5, 2012 motion of Adrienne A. Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Frank Vasquez, Bookin No. 11005751, Dallas County Jail Unit, P.O. Box 660334, Dallas, Texas, 75266-0334.

DOUGLAS S. LANG
JUSTICE